USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/29/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OFFICE SPACE SOLUTIONS, INC.,

            Plaintiff,

-*against*-

JASON KNEEN,

            Defendant.

---

**ORDER TO SHOW CAUSE**

Civil Action No.: 15CV4941(LAK)

ECF Case

    WHEREAS, plaintiff applied for a trademark registration for the word Work Better on April 14, 2014 with the United States Patent and Trademark Office; and

    WHEREAS, it is alleged that the defendant, in May of 2014, attempted to sell for a "high price" the domain workbetter.com to the plaintiff as part of a domain reselling business of which defendant is alleged to have an inventory of over 100 domains; and

    WHEREAS, according to the "who is" information supplied by the plaintiff, it appears that the defendant renewed or updated the workbetter.com domain on February 7, 2015 after it was aware of the plaintiff's business plans with respect to the mark Work Better; and

    WHEREAS, the United States Patent and Trademark Office granted the application for the mark Work Better and issued a registration to the Plaintiff on May 19, 2015; and

    WHEREAS, there is no website associated with workbetter.com and defendant does not appear to have any business associated with workbetter.com;

    **UPON** the Complaint, Declaration of Harsh Mehta dated June 25, 2015, Declaration of Jasmen Khan dated June 26, 2015 and the Exhibits annexed thereto and the accompanying memorandum of law and for good cause shown, it is,

ORDERED that the defendant Jason Kneen show cause before this Court at Courtroom __218__, United States Courthouse, 500 Pearl Street, New York, New York, on the __7th__ day of July, 2015 at ~~10:30~~ 11:00 a.m., or as soon thereafter as counsel can be heard, why an Order should not be entered freezing, preventing and prohibiting the domain workbetter.com from being transferred, re-registered, updated, or moved to a different registrar during the pendency of this action, and it is

FURTHER ORDERED that to preserve the status quo during the pendency of this motion, the defendant is hereby restrained and prohibited from transferring workbetter.com or from otherwise moving the domain workbetter.com from its current Registrar.

ORDERED, that service of this Order to Show Cause, together with copies of the papers in support thereof, may be made on Defendant by email to jason.kneen@bouncingfish.com on or before the __29th__ day of June 2015; and it is further

ORDERED, that answering papers, if any, be filed with this Court and served upon Plaintiff's counsel by email to mail@bozlaw.com and overnight delivery to The Bostany Law Firm PLLC, at their offices, 40 Wall Street, 28th floor, New York, New York 10005 on or before the __2nd__ day of July, 2015 at 3:00 p.m.

Issued: New York, New York

June __29__, 2015

__2:51__ in the afternoon

So Ordered:

_____
Judge Ramos, Part 1