UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE SPACE SOLUTIONS, INC.,

           Plaintiff,

        *-against-*

JASON KNEEN,

           Defendant.

**DECLARATION**

Civil Action No.: 15CV4941(LAK)

ECF Case

**JASMEN KHAN** hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I work at the Bostany Law Firm, PLLC and reviewed several websites relating to this matter.

2. An internet search reveals that Defendant Jason Kneen advertises domains for resale on a website found at jasonified.com. I counted over 100 domains for resale on that site, one of which is workbetter.com. A copy of the list is annexed as **Exhibit B**.

3. I visited workbetter.com and I do not see any business or website associated with that domain.

4. I conducted a "who is" search for workbetter.com. Who is, is generally known to determine the Registrant and basic registration information of domains. whois.com revealed that workbetter.com is owned by Defendant Jason Kneen and was renewed/updated on February 7, 2015. A copy of the whois.com information is annexed as **Exhibit C**.

5. I visited uspto.gov, which is the official website for the United States Patent and Trademark Office. I located the Plaintiff's application for the trademark Work Better, which was filed on April 25, 2014. A copy is respectfully annexed as **Exhibit D**.

6. The defendant's jasonified.com website directs interested parties to the defendants' business website through a hyperlink on the jasonified.com website. The hyperlink brings you to another webpage called bouncingfish.com where the same picture of the Defendant that was contained on jasonified.com is also present.

Examination of the bouncingfish.com website contains a description of the Defendant and the Defendant's business and explains that he is a "freelance app developer" and does work for multiple large companies including from a list contained therein, the NBPA Players Association, Bed Bath & Beyond, Microsoft, Disney, and Rock Star Games is annexed as **Exhibit E**.

7. The Defendant's jasonified.com website indicates at the outset in the description under the defendant's name that he works at bouncingfish and "I work for clients in the UK, USA, I'm an [sic] speaker on Mobile development and am currently authoring two books on Titanium". A copy of the face page of jasonified.com is annexed hereto as **Exhibit F**.

8. The extensive bouncingfish.com website indicates in the "contact me" section "the quickest way to contact me is via e-mail." It lists the email address as hello@bouncingfish.com. See annexed as **Exhibit G**.

Dated: New York, New York
June 26, 2015

_____
Jasmen Khan