UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OFFICE SPACE SOLUTIONS, INC.,

                Plaintiff,

    -against-

JASON KNEEN,

                Defendant.

**DECLARATION OF SERVICE**

Civil Action No.: 15CV4941(LAK)

ECF Case

---

**AJ BIGGERS** hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of eighteen (18) and not a party to this action. I currently reside in New York, New York.

2. On the 30th day of June, 2015, I served the following documents:

    a. Summons issued June 24, 2015;

    b. Verified Complaint;

    c. Civil Cover Sheet; and

    d. Electronic Case Filing Rules and Instructions for the Southern District of New York, dated June 8, 2015;

By tendering a true copy of the same in a properly addressed, sealed envelope to the United States Postal Service for delivery by International Registered Mail to the following:

                Jason Kneen
                5 Graspan Road
                Faberstown, Wiltshire
                United Kingdom SP119NY

3. Attached hereto as **Exhibit A** is the proof of mailing.

Dated: New York, New York
       June 30, 2015

                                                  AJ Biggers