Registered No. RE864626032US

Postage $ $8.22
Extra Services & Fees
☐ Registered Mail $ $13.95
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

Extra Services & Fees (continued)
☐ Signature Confirmation $ $0.00
☐ Signature Confirmation Restricted Delivery $ $0.00

Total Postage & Fees $ $22.17

Customer Must Declare Full Value $ $0.00
Received by: CHB

Date Stamp
0070
16
06/30/15

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
The Bostany Law Firm
40 Wall Street
28th Floor
New York, NY 10005

TO:
Jason Kneen
5 Grispan Road
Faberstown, Wiltshire
United Kingdom SP11 9NY

GB-Great Britain and Northern Ireland

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)