# EXHIBIT A

# EXHIBIT A

RE: Re: RE: RE: WorkBetter.com
Harsh Mehta, Co-Founder & COO at OfficeLinks
May 15, 2014, 10:16 PM
Hi Jason,

I can assure you this is for our use. Happy to agree to a covenant against a sale and/or share in upside in the unlikely event of a sale.

What are your thoughts on the cost?

Best, Harsh.

On 5/15/14 6:29 PM, Jason Kneen wrote:
--------------------
Hi,

I think the number I'd be after would be too high in all fairness. I'm aware of some stuff Citrix are doing around a "Workbetter" project and certainly don't want to sell this domain to find it's been sold on to them at an inflated price.

If I did sell it, the contract would state that it cannot be resold within a specific period of time or I would be paid a commission on that sale value.

I've been in a situation before where I sold a domain to a "small" Australian company who were using it for products to find out it was later owned by Vodafone Aus. The "small" company had brokered the domain for a larger corporate payout.

So, I don't mean to offend you but I mean to make sure this doesn't happen again.

Jason

On 5/12/14 6:14 PM, Harsh Mehta wrote:
--------------------
Hi Jason,

Is there a number that would be enticing enough for you to consider the sale? We are forming our budget around this project this week and are happy to consider a number you think is fair...

Best, Harsh.

On 05/08/14 1:01 PM, Jason Kneen wrote:
---------------------

Hi

Didn't get that but wouldn't be interested at that price

Thanks anyway

Jason

Sent from LinkedIn for iPhone
http://lnkd.in/ios

On 05/08/14 08:54pm, Harsh Mehta wrote:
---------------------
Hi Jason,

I had sent the following message back to you via email and not sure if you got it:

"Hi Jason,

It's for a new project that doesn't have a budget as-such. But, how does $500 sound to you?

Harsh."

Anyway, we really dont have a budget for this but are happy to consider any price you think is fair.

Any thoughts?

Thanks, Harsh.


On 5/3/14 8:40 AM, Jason Kneen wrote:
---------------------
Hi

Make me an offer!

Jason

Sent from LinkedIn for iPad
http://lnkd.in/ios

On Monday, 28 April 2014 17:05, Harsh Mehta wrote:
\---------------------

Hi Jason,

I am following up on the message below. Any feedback from you will be greatly appreciated. Thanks and looking forward to hearing back.

Best,

Harsh.

On 04/23/14 8:43 AM, Harsh Mehta wrote:
\---------------------

Hello Jason,

I am reaching out to you in reference to WorkBetter.com - a domain that you own and redirects to your personal website.

I am working on a new project that is going to focus on helping innovators and thought-leaders work better and to better impact the communities they serve.

We love WorkBetter.com for this. I see the domain is listed for sale on your personal website. Can you please send me some more details on what the asking price or cost might be.

Thanks in advance for your time and for a speedy response.

Best,

Harsh.