# EXHIBIT B

**EXHIBIT B**

---------- Forwarded message ----------
From: pairNIC Customer Care <support@pairnic.com>
Date: Wed, Jun 25, 2014 at 11:00 AM
Subject: pairNIC - workbetter.com Transfer
To: "HELLO@bouncingfish.com" <HELLO@bouncingfish.com>


Attention: JASON KNEEN

Re: Transfer of workbetter.com

The current registrar of record for this domain name is
ENOM, INC..

pairNIC has received a request from Harsh Mehta
on Tue Jun 24 19:28:30 2014 for us to become the new registrar of record.

You have received this message because you are listed as the Registered
Name Holder or Administrative contact for this domain name in the WHOIS
database.

Please read the following important information about transferring your
domain name:

* You must agree to enter into a new Registration Agreement with us.
You can review the full terms and conditions of the Agreement at
https://www.pairnic.com/serviceagree.m

* Once you have entered into the Agreement, the transfer will take
place within five (5) calendar days unless the current registrar of
record denies the request.

* Once a transfer takes place, you will not be able to transfer to
another registrar for 60 days, apart from a transfer back to the
original registrar, in cases where both registrars so agree or where a
decision in the dispute resolution process so directs.

If you WISH TO PROCEED with the transfer, you must respond to this message
via our Web site (note if you do not respond by
Tue Jul 8 2014, workbetter.com will not be transferred
to us.).

Please go to our Web site, https://www.pairnic.com/xfer_in_confirm.m?
    key=da4332318871f470f1945387bdc41d64

8

If you DO NOT WANT the transfer to proceed, then don't respond to this message.

If you have any questions about this process, please contact support@pairnic.com.

https://www.pairnic.com