# EXHIBIT C

**EXHIBIT C**

June 25, 2014, 2:16 AM
Harsh Mehta has accepted your InMail:
Jason,

I apologise for this. We agreed to acquire another Work Better asset recently and an over zealous team member decided to assume what the domain was and initiate the transfer, while all I'd asked was for them to find out how to transfer a domain.

Our bad - we've terminated the request on our end.

Our corporate domain account still carries me as the primary contact - a remnant from when I bootstrapped the business and filled multiple roles.

I'm midway through a transatlantic flight and couldn't respond sooner due to poor satellite reception - I apologise, again, for any aggravation this may have caused you.

Best,

Harsh.

Stealing isn't exactly our style and even if it were, stupidity isnt

On 6/24/14 11:43 PM, Jason Kneen wrote:
---------------------
What exactly are you up to? Trying to steal my domain now?

Sent from LinkedIn for iPhone
http://lnkd.in/ios

10