Home > Whois History > Workbetter.com

# Whois History for Workbetter.com

How does this work?

**Lookup Domain Ownership History**

workbetter.com

LOOKUP

**ONE-CLICK MONITORING**

Create a Domain Monitor to monitor future changes to "**workbetter.com**".

**Monitor Workbetter.com**

Enter a term to filter on

## Unique Records

collapse all

👁 *private*

*65 historical records found*

**2015**                                                                                        **6 total**

2015-07-01        *more* | changes | *screenshot*

2015-06-29        *more* | changes | *screenshot*

2015-05-14        *more* | changes | *screenshot*

2015-01-30        *more* | changes | *screenshot*

**2014**                                                                                        **6 total**

Sitemap      Blog     Terms of Service     Privacy Policy     Contact Us     Domain News     © 2015 DomainTools

| | | |
|---|---|---|
| 2014-12-07 | *more* | *changes* | *screenshot* | |
| 2014-09-25 | more | changes | screenshot | |
| › 2014-02-18 | more | changes | screenshot | |
| 2014-01-11 | more | changes | screenshot | |
| **2013** | | **9 total** |
| 2013-11-05 | more | changes | screenshot | |
| 2013-09-03 | more | changes | screenshot | |
| 2013-02-25 | more | changes | screenshot | |
| 2013-01-19 | more | changes | screenshot | |
| **2012** | | **7 total** |
| | show additional records up to 2013-01-19 | |
| **2011** | | **9 total** |
| 2011-12-06 | more | changes | *screenshot* | |
| 2011-07-29 | more | changes | *screenshot* | |
| **2010** | | **11 total** |
| 2010-12-08 | more | changes | *screenshot* | |
| 2010-07-07 | more | changes | *screenshot* | |
| 2010-02-18 | *more* | changes | *screenshot* | |
| 2010-01-10 | more | changes | *screenshot* | |
| **2009** | | **5 total** |
| | show additional records up to 2010-01-10 | |
| **2008** | | **6 total** |
| 2008-11-27 | more | changes | *screenshot* | |
| 2008-09-14 | more | changes | *screenshot* | |
| 2008-04-16 | *more* | changes | *screenshot* | |
| **2007** | | **5 total** |
| 2007-11-21 | more | changes | *screenshot* | |
| 2007-04-29 | *more* | changes | *screenshot* | |
| **2001** | | **1 total** |

2001-11-14        *more | changes | screenshot*

*scroll for more records*                                                                                      ↕

## Whois Record for 2014-02-18

« Previous (2014-01-11)                                                                Next (2014-09-25) »

**Domain:**

workbetter.com

**Record Date:**   2014-02-18
**Registrar:**     ENOM, INC.
**Server:**        whois.enom.com
**Created:**       1999-02-20
**Updated:**       2014-02-15
**Expires:**       2015-02-20

**Reverse Whois:**

abuse@enom.com  🔍      hello@bouncingfish.com  🔍

```
Domain Name: WORKBETTER.COM
Registry Domain ID: NA
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Creation Date: 1999-02-20 05:00:00Z
Registrar Registration Expiration Date: 2015-02-20 05:00:00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: JASON KNEEN
Registrant Organization: BOUNCINGFISH
Registrant Street: 5 GRASPAN ROAD
Registrant Street: FABERSTOWN
Registrant City: ANDOVER
Registrant State/Province: WILTSHIRE
Registrant Postal Code: SP119NY
Registrant Country: GB
Registrant Phone: +44.7710777938
Registrant Phone Ext:
Registrant Fax: +44.8701317031
Registrant Fax Ext:
Registrant Email: HELLO@BOUNCINGFISH.COM
Registry Admin ID:
Admin Name: JASON KNEEN
Admin Organization: BOUNCINGFISH
Admin Street: 5 GRASPAN ROAD
Admin Street: FABERSTOWN
Admin City: ANDOVER
Admin State/Province: WILTSHIRE
Admin Postal Code: SP119NY
Admin Country: GB
Admin Phone: +44.7710777938
Admin Phone Ext:
Admin Fax: +44.8701317031
Admin Fax Ext:
Admin Email: HELLO@BOUNCINGFISH.COM
Registry Tech ID:
Tech Name: JASON KNEEN
Tech Organization: BOUNCINGFISH
Tech Street: 5 GRASPAN ROAD
Tech Street: FABERSTOWN
Tech City: ANDOVER
Tech State/Province: WILTSHIRE
Tech Postal Code: SP119NY
Tech Country: GB
Tech Phone: +44.7710777938
Tech Phone Ext:
Tech Fax: +44.8701317031
Tech Fax Ext:
Tech Email: HELLO@BOUNCINGFISH.COM
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

Home > Whois History > Workbetter.com

# Whois History for Workbetter.com

How does this work?

**Lookup Domain Ownership History**

workbetter.com

[ LOOKUP ]

ONE-CLICK MONITORING

Create a Domain Monitor to monitor future changes to "**workbetter.com**".

Monitor Workbetter.com

Enter a term to filter on

## Unique Records

collapse all

👁 *private*

*65 historical records found*

**2015**     **6 total**

| 2015-07-01 | more | changes | screenshot |
| 2015-06-29 | more | changes | screenshot |
| > 2015-05-14 | more | changes | screenshot |
| 2015-01-30 | more | changes | screenshot |

**2014**     **6 total**

| | | |
|---|---|---|
| Sitemap | Blog | Terms of Service | Privacy Policy | Contact Us | Domain News | © 2015 DomainTools |

| | | |
|---|---|---|
| 2014-12-07 | *more* | changes | *screenshot* | |
| 2014-09-25 | more | changes | *screenshot* | |
| 2014-02-18 | more | changes | *screenshot* | |
| 2014-01-11 | more | changes | *screenshot* | |
| **2013** | | 9 total |
| 2013-11-05 | more | changes | *screenshot* | |
| 2013-09-03 | more | changes | *screenshot* | |
| 2013-02-25 | more | changes | *screenshot* | |
| 2013-01-19 | more | changes | *screenshot* | |
| **2012** | | 7 total |
| | show additional records up to 2013-01-19 | |
| **2011** | | 9 total |
| 2011-12-06 | more | changes | *screenshot* | |
| 2011-07-29 | more | changes | *screenshot* | |
| **2010** | | 11 total |
| 2010-12-08 | more | changes | *screenshot* | |
| 2010-07-07 | more | changes | *screenshot* | |
| 2010-02-18 | *more* | changes | *screenshot* | |
| 2010-01-10 | more | changes | *screenshot* | |
| **2009** | | 5 total |
| | show additional records up to 2010-01-10 | |
| **2008** | | 6 total |
| 2008-11-27 | more | changes | *screenshot* | |
| 2008-09-14 | more | changes | *screenshot* | |
| 2008-04-16 | *more* | changes | *screenshot* | |
| **2007** | | 5 total |
| 2007-11-21 | more | changes | *screenshot* | |
| 2007-04-29 | *more* | changes | *screenshot* | |
| **2001** | | 1 total |

2001-11-14          *more | changes | screenshot*

*scroll for more records*                                                                                            ↕

# Whois Record for 2015-05-14

« Previous (2015-01-30)                                                              Next (2015-06-29) »

**Domain:**

workbetter.com

**Record Date:**  2015-05-14
**Registrar:**    ENOM, INC.
**Server:**       whois.enom.com
**Created:**      1999-02-20
**Updated:**      2015-02-07
**Expires:**      2016-02-20

**Reverse Whois:**

abuse@enom.com       hello@bouncingfish.com

```
Domain Name: WORKBETTER.COM
Registry Domain ID: NA
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2015-02-07T00:33:19.00Z
Creation Date: 1999-02-20T05:00:00.00Z
Registrar Registration Expiration Date: 2016-02-20T05:00:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: JASON KNEEN
Registrant Organization: BOUNCINGFISH
Registrant Street: 5 GRASPAN ROAD
Registrant Street: FABERSTOWN
Registrant City: ANDOVER
Registrant State/Province: WILTSHIRE
Registrant Postal Code: SP119NY
Registrant Country: GB
Registrant Phone: +44.7710777938
Registrant Phone Ext:
Registrant Fax: +44.8701317031
Registrant Fax Ext:
Registrant Email: HELLO@BOUNCINGFISH.COM
Registry Admin ID:
Admin Name: JASON KNEEN
Admin Organization: BOUNCINGFISH
Admin Street: 5 GRASPAN ROAD
Admin Street: FABERSTOWN
Admin City: ANDOVER
Admin State/Province: WILTSHIRE
Admin Postal Code: SP119NY
Admin Country: GB
Admin Phone: +44.7710777938
Admin Phone Ext:
Admin Fax: +44.8701317031
Admin Fax Ext:
Admin Email: HELLO@BOUNCINGFISH.COM
Registry Tech ID:
Tech Name: JASON KNEEN
Tech Organization: BOUNCINGFISH
Tech Street: 5 GRASPAN ROAD
Tech Street: FABERSTOWN
Tech City: ANDOVER
Tech State/Province: WILTSHIRE
Tech Postal Code: SP119NY
Tech Country: GB
Tech Phone: +44.7710777938
Tech Phone Ext:
Tech Fax: +44.8701317031
Tech Fax Ext:
Tech Email: HELLO@BOUNCINGFISH.COM
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```