PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

Serial Number: 86263325
Filing Date: 04/25/2014

## To the Commissioner for Trademarks:

**MARK:** Work Better (Standard Characters, see mark)
The literal element of the mark consists of Work Better.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Office Space Solutions, Inc., a corporation of New York, having an address of
    33 West 19th Street
    New York, New York 10011
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 035:  Advertising and marketing; Business administration and management; Business administration and office work; Business administration assistance; Business administration services; Business assistance, management and information services; Business networking; Business operation, business administration and office functions; Commercial business management; Computerised office management; Mail sorting, handling and receiving; Management of telephone call centers for others; Office administration services; Operational business assistance to enterprises; Organizational services for business purposes; Providing business support staff services; Providing office functions; Providing office support staff services; Telephone answering service
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


The applicant's current Attorney Information:
    John P. Bostany and Nadia Mirza, Dennison D. Marzocco, Charen Kim of Bostany Law Firm PLLC
    40 Wall Street - 28th Floor
    New York, New York 10005
    United States

The applicant's current Correspondence Information:

John P. Bostany
Bostany Law Firm PLLC
40 Wall Street - 28th Floor
New York, New York 10005
2125304400(phone)
2125304488(fax)
john@bozlaw.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /HM/   Date Signed: 04/25/2014
Signatory's Name: Harsh Mehta
Signatory's Position: Chief Operating Officer of Applicant


RAM Sale Number: 86263325
RAM Accounting Date: 04/28/2014

Serial Number: 86263325
Internet Transmission Date: Fri Apr 25 17:27:59 EDT 2014
TEAS Stamp: USPTO/FTK-108.46.128.55-2014042517275906
2654-86263325-500646bfce455a1f321ec4f94b
686b620eec5e7daded1341a5c28eb9e23955886-
CC-3704-20140425172325480775

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

Serial Number: 86263325
Filing Date: 04/25/2014

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| \*MARK | Work Better |
| \*STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Work Better |
| \*MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| \*OWNER OF MARK | Office Space Solutions, Inc. |
| \*STREET | 33 West 19th Street |
| \*CITY | New York |
| \*STATE (Required for U.S. applicants) | New York |
| \*COUNTRY | United States |
| \*ZIP/POSTAL CODE (Required for U.S. applicants only) | 10011 |
| **LEGAL ENTITY INFORMATION** | |
| \*TYPE | CORPORATION |

| | |
|---|---|
| *STATE/COUNTRY OF INCORPORATION | New York |

### GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Advertising and marketing; Business administration and management; Business administration and office work; Business administration assistance; Business administration services; Business assistance, management and information services; Business networking; Business operation, business administration and office functions; Commercial business management; Computerised office management; Mail sorting, handling and receiving; Management of telephone call centers for others; Office administration services; Operational business assistance to enterprises; Organizational services for business purposes; Providing business support staff services; Providing office functions; Providing office support staff services; Telephone answering service |
| *FILING BASIS | SECTION 1(b) |

### ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

### ATTORNEY INFORMATION

| | |
|---|---|
| NAME | John P. Bostany |
| FIRM NAME | Bostany Law Firm PLLC |
| STREET | 40 Wall Street - 28th Floor |
| CITY | New York |
| STATE | New York |
| COUNTRY | United States |

| | |
|---|---|
| ZIP/POSTAL CODE | 10005 |
| PHONE | 2125304400 |
| FAX | 2125304488 |
| EMAIL ADDRESS | john@bozlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Nadia Mirza, Dennison D. Marzocco, Charen Kim |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | John P. Bostany |
| FIRM NAME | Bostany Law Firm PLLC |
| *STREET | 40 Wall Street - 28th Floor |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 10005 |
| PHONE | 2125304400 |
| FAX | 2125304488 |
| *EMAIL ADDRESS | john@bozlaw.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /HM/ |
| * SIGNATORY'S NAME | Harsh Mehta |
| * SIGNATORY'S POSITION | Chief Operating Officer of Applicant |
| * DATE SIGNED | 04/25/2014 |