PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86263325 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 101 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | WORK BETTER |
| **OWNER SECTION** | |
| NAME | Office Space Solutions, Inc. |
| STREET | 33 West 19th Street |
| CITY | New York |
| STATE | New York |
| ZIP/POSTAL CODE | 10011 |
| COUNTRY | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |
| CURRENT IDENTIFICATION | Advertising and marketing; Business administration and management; Business administration and office work; Business administration assistance; Business administration services; Business assistance, management and information services; Business networking; Business operation, business administration and office functions; Commercial business management; Computerised office management; Mail sorting, handling and receiving; Management of telephone call centers for others; Office administration services; Operational business assistance to enterprises; Organizational services for business purposes; Providing business support staff services; Providing office functions; Providing office support staff services; Telephone |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** WORK BETTER
**SERIAL NUMBER:** 86263325

The applicant, Office Space Solutions, Inc., having an address of
    33 West 19th Street
    New York, New York 10011
    United States
is submitting the following allegation of use information:

For International Class 035:
Current identification: Advertising and marketing; Business administration and management; Business administration and office work; Business administration assistance; Business administration services; Business assistance, management and information services; Business networking; Business operation, business administration and office functions; Commercial business management; Computerised office management; Mail sorting, handling and receiving; Management of telephone call centers for others; Office administration services; Operational business assistance to enterprises; Organizational services for business purposes; Providing business support staff services; Providing office functions; Providing office support staff services; Telephone answering service

The mark is in use in commerce on or in connection with all goods or services listed in the application or Notice of Allowance or as subsequently modified for this specific class

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/01/2014, and first used in commerce at least as early as 02/11/2015, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Services identified by mark in print.

**Original PDF file:**
SPN0-3812518138-20150309185701812875_._Specimen.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the

allegation of use for 1 class.

## Declaration

STATEMENTS: The signatory believes that: if the applicant is filing the amendment to allege use under 15 U.S.C. Section 1051(c) or a statement of use under 15 U.S.C. Section 1051(d), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified, and such use by the applicant's related company or licensee inures to the benefit of the applicant; that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive; and the specimen(s) shows the mark as used on or in connection with the goods/services in commerce.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /HM/     Date Signed: 03/09/2015
Signatory's Name: Harsh Mehta
Signatory's Position: CEO of Applicant

RAM Sale Number: 86263325
RAM Accounting Date: 03/10/2015

Serial Number: 86263325
Internet Transmission Date: Mon Mar 09 19:03:39 EDT 2015
TEAS Stamp: USPTO/SOU-38.125.181.38-2015030919033904
9618-86263325-5304d1a3e6331f137b5859c888
c6469970bbdc15977a4e59d42dcf6dad2f33802e
-CC-5827-20150309185701812875

827-20150309185701812875

| | |
|---|---|
| | answering service |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 04/01/2014 |
| **FIRST USE IN COMMERCE DATE** | 02/11/2015 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-3812518138-20150309185701812875_._Specimen.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT16\IMAGEOUT16\862\633\86263325\xml8\SOU0002.JPG |
| **SPECIMEN DESCRIPTION** | Services identified by mark in print |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /HM/ |
| **SIGNATORY'S NAME** | Harsh Mehta |
| **SIGNATORY'S POSITION** | CEO of Applicant |
| **DATE SIGNED** | 03/09/2015 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Mon Mar 09 19:03:39 EDT 2015 |
| **TEAS STAMP** | USPTO/SOU-38.125.181.38-2 0150309190339049618-86263 325-5304d1a3e6331f137b585 9c888c6469970bbdc15977a4e 59d42dcf6dad2f33802e-CC-5 |



# Bryant Park

1440 Broadway, 23rd Fl, New York, NY 10018 | P: (646) 512-5000   inquiries@workbetter.us

## Proposal

| Office # | Type | Workstations | Start Date | Term | Special Offer Rent |
|---|---|---|---|---|---|
| 2340 | Window | 3 | March 1 | 12 mo | $2,400 |
| 2352 | Internal | 3 | March 1 | 12 mo | $1,750 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

*Subject to Availability. Pricing is valid for 7 Days.

| Included in Your Monthly Rent ||
|---|---|
| 24-hour/7-day Access | Staffed Reception |
| Java Café with iMacs | Building Directory Listing |
| Nightly Cleaning and Janitorial Services | Utilities |
| Beverages (Fine teas, coffee, filtered water) | 100 Black and White copies per month |
| Unlimited Scanning and Faxing | Mail delivered daily to your desk |
| Fiber Optic Internet | WIFI throughout the center |

| Other Services ||
|---|---|
| Cisco Phone Handset (2 Lines, voicemail, unlimited local and domestic long distance calls) | $75 per month |
| Call Answering (per business line) | $149 per month |
| Live Call screening (per business line) | $200 per month |
| Call attendant (per business line) | $25 per month |

| One-Time Setup Fees ||
|---|---|
| Set-up Fee Per Office Includes: Handset, Data, Keys & Passes |  |
| Refundable Service Retainer | 2 x Monthly Rent |

Optional: $75 per Month for High Definition Channels from Dish Networks. *Service Plans are taxable at local rates. International calling rates vary. Copies and prints will be charged at 12 cents per B&W after the first 100 copies and 50 cents per color copy.

The Bryant Park business center is located at 1440 Broadway the heart of midtown, just south of Times Square and moments away from Bryant Park. Conveniently located near numerous modes of transportation, Bryant Park tenants enjoy subway access directly adjacent to the building's entrance.

Our offices are housed on the 23rd floor of this elegant brick and masonry structure, boasting complete renovations. The Bryant Park business center features modern improvements such as hi-tech video boards in the lobby walkway, state-of-art security systems with automatic digital card scanner turnstiles, and new steel and fitted glass elevator cells.

Work Better is Manhattan's premier provider of Executive Suites and Virtual Offices.

The Work Better network is committed to offering upscale and affordable, ready-to-use, flexible office space solutions. With cutting edge infrastructure and unparalleled customer service, our clients reduce real estate costs and operational overhead while maximizing productivity.

Please review this proposal and feel free to contact me with any questions you may have. Also, please remember that the offices quoted are subject to availability. I will contact you within the next 24 hours to answer any questions you may have

# W♥RK BETTER

www.workbetter.us

## FEE RECORD SHEET

Serial Number: 86263325

RAM Sale Number: 86263325

Total Fees: $100

RAM Accounting Date: 20150310

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20150309 | $100 | 1 | $100 |

Transaction Date: 20150309