Home > Whois Lookup > WorkBetter.us

# Whois Record for WorkBetter.us

**＋ Whois & Quick Stats**

**− Website**

| | |
|---|---|
| Website Title | ♥ Unusual Traffic Detected |
| Response Code | 403 |
| SEO Score | 78% |
| Terms | 33 (Unique: 29, Linked: 0) |
| Images | 0 (Alt tags missing: 0) |
| Links | 0 (Internal: 0, Outbound: 0) |

**Whois Record ( last updated on 2015-07-02 )**

```
Domain Name:                              WORKBET
TER.US
Domain ID:                                D45002
420-US
Sponsoring Registrar:                     GODADDY
.COM, INC.
Sponsoring Registrar IANA ID:             146
Registrar URL (registration services):    whois.g
odaddy.com
Domain Status:                            clientD
eleteProhibited
Domain Status:                            clientR
enewProhibited
Domain Status:                            clientT
ransferProhibited
Domain Status:                            clientU
pdateProhibited
Variant:                                  WORKBE
TTER.US
Registrant ID:                            CR18921
2776
Registrant Name:                          Hosein
Babai
Registrant Organization:                  OfficeL
inks
Registrant Address1:                      33 W 19
th St
Registrant Address2:                      4th Flo
or
Registrant City:                          New Yor
k
```

## Tools

[Whois History]
[Hosting History]
[Monitor Domain Properties ▼]
[Reverse Whois Lookup ▼]
[Reverse IP Address Lookup ▼]
[Network Tools ▼]
[Buy This Domain ▼]
[Visit Website]

[⬇ Preview the Full Domain Report]



[View Screenshot History]

**Available TLDs**

**General TLDs**   **Country TLDs**

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned

Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News   dom@2015 DomainTools

```
Registrant State/Province:           New York
Registrant Postal Code:              10011
Registrant Country:                  United States
Registrant Country Code:             US
Registrant Phone Number:             +1.6462377930
Registrant Email:                    olx_admin@officelinks.com
Registrant Application Purpose:      P1
Registrant Nexus Category:           C21
Administrative Contact ID:           CR189212780
Administrative Contact Name:         Hosein Babai
Administrative Contact Organization: OfficeLinks
Administrative Contact Address1:     33 W 19th St
Administrative Contact Address2:     4th Floor
Administrative Contact City:         New York
Administrative Contact State/Province: New York
Administrative Contact Postal Code:  10011
Administrative Contact Country:      United States
Administrative Contact Country Code: US
Administrative Contact Phone Number: +1.6462377930
Administrative Contact Email:        olx_admin@officelinks.com
Administrative Application Purpose:  P1
Administrative Nexus Category:       C21
Billing Contact ID:                  CR189212782
Billing Contact Name:                Hosein Babai
Billing Contact Organization:        OfficeLinks
Billing Contact Address1:            33 W 19th St
Billing Contact Address2:            4th Floor
Billing Contact City:                New York
Billing Contact State/Province:      New York
Billing Contact Postal Code:         10011
Billing Contact Country:             United States
Billing Contact Country Code:        US
Billing Contact Phone Number:        +1.6462377930
Billing Contact Email:               olx_admin@officelinks.com
Billing Application Purpose:         P1
Billing Nexus Category:              C21
Technical Contact ID:                CR189212778
Technical Contact Name:              Hosein Babai
Technical Contact Organization:      OfficeLinks
```

| | |
|---|---|
| WorkBetter.com | View Whois |
| WorkBetter.net | View Whois |
| WorkBetter.org | View Whois |
| WorkBetter.info | View Whois |
| WorkBetter.biz | View Whois |
| WorkBetter.us | View Whois |

```
                    inks
Technical Contact Address1:            33 W 19
th St
Technical Contact Address2:            4th Flo
or
Technical Contact City:                New Yor
k
Technical Contact State/Province:      New Yor
k
Technical Contact Postal Code:         10011
Technical Contact Country:             United
States
Technical Contact Country Code:        US
Technical Contact Phone Number:        +1.6462
377930
Technical Contact Email:               olx_adm
in@officelinks.com
Technical Application Purpose:         P1
Technical Nexus Category:              C21
Name Server:                           NS39.DO
MAINCONTROL.COM
Name Server:                           NS40.DO
MAINCONTROL.COM
Created by Registrar:                  DOMAIN.
COM, LLC
Last Updated by Registrar:             GODADDY
.COM, INC.
Last Transferred Date:                 Tue Mar
 03 19:14:03 GMT 2015
Domain Registration Date:              Tue Apr
 29 23:13:08 GMT 2014
Domain Expiration Date:                Sat Apr
 28 23:59:59 GMT 2018
Domain Last Updated Date:              Tue Mar
 03 19:29:37 GMT 2015
DNSSEC:                                false
```