

# W♥RK BETTER

We enable entrepreneurs and positive change-makers to work better. Very soon we will unveil even more.

  

Diana Harceman, Founder & CEO at Makmade | Chris LoPresto, Software Engineer & Musician | Michael Denton, Executive Director & CEO at Cil

  

David Bryant, Co-Founder at Havoc | Greg Neufeld, Partner at ValueStream | Thor Ernstsson, CEO at Alpha UX

