UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OFFICE SPACE SOLUTIONS, INC.,

                    Plaintiff,

            *-against-*

JASON KNEEN,

                    Defendant.

**NOTICE OF APPEARANCE**

Civil Action No.: 15CV4941(LAK)

ECF Case

---

      I respectfully submit my appearance as counsel for plaintiff OFFICE SPACE SOLUTIONS, INC.,

Dated:  New York, New York
         July 7, 2015

Respectfully submitted,

**BOSTANY LAW FIRM, PLLC**


                     **/s/ John P. Bostany**
By:   John P. Bostany (JB 1986)
*Attorney for Plaintiff*
40 Wall Street, 28th floor
New York, New York 10005
212-530-4400
john@bozlaw.com