```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 7/7/15          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
OFFICE SPACE SOLUTIONS, INC.,

                    Plaintiff,

          -against-                                    15-cv-4941 (LAK)

JASON KNEEN,

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

          The Court having considered the papers, heard counsel and made findings of fact and conclusions of law on the record:

          1.    Plaintiff's motion for a preliminary injunction (DI 7) is denied for the reasons stated on the record in open court.

          2.    The temporary restraining order issued by the Honorable Edgardo Ramos on June 29, 2015 (DI 7) is vacated.

          SO ORDERED.

Dated:      July 7, 2015
Issued at:  12:00 noon

                                        _____
                                              Lewis A. Kaplan
                                        United States District Judge