UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

OFFICE SPACE SOLUTIONS, INC.

               Plaintiff,

            -against -

JASON KNEEN,

               Defendant.
_____X

Case No. 1:15-CV-04941 (LAK)

MOTION FOR ADMISSION
PRO HAC VICE OF JOHN
BERRYHILL, Ph.D.

*ECF CASE*

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I John Berryhill, Ph.D., hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Jason Kneen in the above-captioned action.

      I am a member in good standing of the bar of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. Attached hereto as Exhibit A is the Certificate of Good Standing issued by the Commonwealth of Pennsylvania.

Dated: July 8, 2015               Respectfully submitted,

                                  By /s John Berryhill
                                     John Berryhill, Ph.D.
                                     Attorney At Law
                                     204 East Chester Pike, Suite 4
                                     Ridley Park, PA  19078
                                     Tel: (610) 565-5601
                                     Fax: (267) 386-8115
                                     E-Mail: John@johnberryhill.com

# EXHIBIT A



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### John Bruce Berryhill, Esq.

#### DATE OF ADMISSION

#### October 26, 1999

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 6, 2015

John W. Person Jr., Esq.
Deputy Prothonotary

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is the attorney for Defendant in the above-captioned action and that on the date which appears below, served copies of the foregoing MOTION FOR ADMISSION PRO HAC VICE OF JOHN BERRYHILL, P.h.D. by causing copies thereof to be served via CM/ECF to the following:

John P. Bostany, Esq.
Roman Popov, Esq.
Bostany Law Firm, PLLC
40 Wall Street, 28th Floor
New York, NY 10005
E-Mail: mail@bozlaw.com


Dated: July 8, 2015                             /s/ Karen J. Bernstein
                                                Karen J. Bernstein