UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFFICE SPACE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> JASON KNEEN, <br><br> Defendant. | **NOTICE OF DISMISSAL** <br><br> Civil Action No.: 15CV4941(LAK) <br><br> ECF Case |

In open court, on July 7, 2015, Plaintiff advised that it was considering discontinuance due to the Court's preliminary views on personal jurisdiction over the Defendant. Thereafter, the Court denied Plaintiff's Motion for a Preliminary Injunction based in part on the lack of the likelihood of success in obtaining personal jurisdiction over the Defendant.

Please take notice, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Office Space Solutions, Inc., hereby dismisses the complaint.

Dated:   New York, New York
         July 8, 2015

THE BOSTANY LAW FIRM PLLC

By: _____
Roman Popov (RP 7625)
*Attorneys for Plaintiff*
40 Wall Street, 28th Floor
New York, New York 10005
(212) 530-4400
roman@bozlaw.com