AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Southern District of New York__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>15-cv-04941-LAK | DATE FILED<br>6/24/2015 | U.S. DISTRICT COURT<br>Southern District of New York |
|---|---|---|
| PLAINTIFF<br><br>Office Space Solutions, Inc. | | DEFENDANT<br><br>Jason Kneen |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See Attached Sheet | | See Attached Sheet |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |||
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK ||
| 1  See Attached Sheet | | See Attached Sheet ||
| 2 | | ||
| 3 | | ||
| 4 | | ||
| 5 | | ||

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| COPY ATTACHED: Notice of Voluntary Dismissal |

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>7/9/2015 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director      Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director      Copy 4—Case file copy**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFFICE SPACE SOLUTIONS, INC.,<br><br>                    Plaintiff,<br><br>              -against-<br><br>JASON KNEEN,<br><br>                    Defendant. | **NOTICE OF DISMISSAL**<br><br>Civil Action No.: 15CV4941(LAK)<br><br>ECF Case |

       In open court, on July 7, 2015, Plaintiff advised that it was considering discontinuance due to the Court's preliminary views on personal jurisdiction over the Defendant. Thereafter, the Court denied Plaintiff's Motion for a Preliminary Injunction based in part on the lack of the likelihood of success in obtaining personal jurisdiction over the Defendant.

       Please take notice, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Office Space Solutions, Inc., hereby dismisses the complaint.

Dated:    New York, New York
            July 8, 2015

                                                                                           **THE BOSTANY LAW FIRM PLLC**

                                                                                              By: _____
                                                                                               Roman Popov (RP 7625)
                                                                                               *Attorneys for Plaintiff*
                                                                                               40 Wall Street, 28th Floor
                                                                                               New York, New York 10005
                                                                                               (212) 530-4400
                                                                                               roman@bozlaw.com

5.     Defendant is a re-seller of domains and has attempted to force Plaintiff to spend significant sums to buy back the workbetter.com domain that Defendant owns.

## FACTS

6.     On April 14, 2014, the Plaintiff filed an application for the WORK BETTER trademark.

7.     On May 3, 2014, the Defendant, in an e-mail correspondence, requested an offer from the Plaintiff for the sale of the domain name Workbetter.com.

8.     On May 15, 2014, the Defendant corresponded in several e-mails with the Plaintiff for the purpose of selling Workbetter.com for what the Defendant referred to as a high price.

9.     On February 7, 2015, according to a whois.com search, Defendant renewed and/or updated his ownership of the domain workbetter.com through the provider Enom.

10.    Since May 19, 2015, the Plaintiff has been and is now the title owner of Registration No. 4740626 for the Service Mark WORK BETTER in International Class 35.  A copy of the Registration is annexed as **Exhibit A**.

11.    Defendant is engaged in the practice of re-selling over one hundred domain names through the website Jasonified.com, which is registered to the Defendant.  *See* **Exhibit B**.  Workbetter.com is one of the domain names for sale on the list.

12.    Defendant engages in the business of reselling domains and is an author of books sold internationally.

13.    Defendant's own website states "I work for clients in the UK, USA, I'm a speaker on Mobile development and am currently authoring two books on Titanium".